William D. Artus
629 L Street, Suite 104
Anchorage, Alaska   99501
Telephone: (907) 277-9918
Telefax: (907) 279-9918

Attorney for Kenneth W. Battley
Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| In re ) | |
| ) | |
| THE AUCTION BLOCK CO., ) | Case No. 17-00308-GS |
| ) | Chapter 7 |
| Debtor. ) | |
| _____) | |

**MOTION FOR AUTHORIZATION TO (1) SELL PROPERTY OF THE ESTATE FREE FREE AND CLEAR OF LIENS; (2) PAY SECURED CLAIM; AND (3) RETAIN A PORTION OF THE SALE PROCEEDS TO PAY ADMINISTRATIVE EXPENSES AND ALLOWED CLAIMS**

Kenneth Battley, the Chapter 7 trustee, by and through his attorney, William D. Artus, requests authorization of this Court, pursuant to 11 U.S.C. §363(f)(2), to sell the following-described property to Southwind Foods, LLC, for $1,898,320.00, free and clear of any lien or security interest of any party that receives notice of this motion and the proposed sale of property:

   1.   The seafood processing plant and facility of the debtor that is situated on Lot 12C, Port Industrial Subdivision No. 4, according to Plat No. 99-43, Homer Recording District, Third Judicial District, State of Alaska.  The physical location of the seafood plant and facility is 4501 Ice Dock Road in Homer, Alaska.

   2.   All buildings, refrigeration equipment, other equipment, vehicles, furniture, furnishings, fixtures and supplies located on or in the seafood plant and facility property.

3. The following vehicles that have Alaska Department of Motor Vehicles titles:

    2002 Isuzu 24 ft. flatbed truck
    1984 C70 Chevrolet boom truck
    40 ft. reefer van
    2005 Freightliner 24 ft. reefer truck
    2000 Dodge Dakota

4. If the sale is approved, the sale proceeds will be disbursed and retained as follows:

    a. The sum of $114,450 will be retained by the trustee to pay the trustee's statutory commission and estimated costs ($81,450) and the estimated attorney fees and costs ($20,000) and accountant fees and costs ($10,000) that will be incurred by the trustee in administering this Chapter 7 case;

    b. The sum of $48,450 will be paid to the trustee for the titled vehicles listed in Paragraph 3. above;

    c. The sum of $25,000 will be paid to the trustee as a carve out from the sale proceeds for the benefit of priority creditors and unsecured creditors;

    d. Any personal property taxes that are a lien against the property that is being sold will be paid at closing;

    e. The cost of title insurance and the escrow fees, recording fees and other selling and closing costs that are the responsibility of the seller will be paid at closing;

    f. The balance of the sale proceeds, estimated to be not less than $1,626,220, will be paid to Alaska Growth Capital

BIDCO, Inc. in partial payment of the two loans that are secured by an assignment of the leasehold estate for the plant and facility and perfected UCC liens against the leasehold estate and the buildings, refrigeration equipment, other equipment, vehicles, furniture, furnishings, fixtures and supplies except for the vehicles described in Subparagraph 3. above.

    g.  If the attorney fees and accountant fees incurred and paid by the trustee as part of administering this bankruptcy case are less than $30,000, the difference will be paid to Alaska Growth Capital to be applied to the two loans owed by the debtor.

    A copy of the offer to purchase the seafood processing plant and facility, equipment and vehicles is attached to this motion. The Definitive Agreement referred to in the purchase offer has not been prepared.  A Maximal FD25T forklift that the debtor leased from De Lage Landen Financial Services, Inc. is not included in the property to be sold to Southwind Foods, LLC.  Alaska Growth Capital BIDCO, Inc. does not have a lien against the five titled vehicles listed in Paragraph 3.

    This motion is supported by the accompanying memorandum.

    DATED at Anchorage, Alaska on November 22, 2017.

                                  /s/ William D. Artus
                                  William D. Artus
                                  Attorney for Trustee

I certify that on November 22, 2017, a copy
of this Motion for Authorization to (1) Sell
Property of the Estate; (2) Pay Secured Claim;
and (3) Retain a Portion of Sale Proceeds to Pay
Administrative Expenses and Allowed Claims was
served on:

U. S. Trustee
Kenneth W. Battley, Trustee
Erik LeRoy, attorney for debtor
Bruce Moore, attorney for Alaska Growth Capital

by electronic means through the ECF System as
indicated on the Notice of Electronic Filing.


/s/ William D. Artus
William D. Artus