William D. Artus
629 L Street, Suite 104
Anchorage, Alaska  99501
Telephone: 907-277-9918
Telefax:   907-274-9819

Attorney for Kenneth Battley
Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| In re ) | Case No. 17-00308-GS |
| ) | Chapter 7 |
| THE AUCTION BLOCK CO., ) | |
| ) | |
| Debtor. ) | |
| _____) | |

**MOTION FOR AUTHORIZATION TO SELL PROPERTY BY
PUBLIC AUCTION AND PAY COMMISSION AND EXPENSES**

Kenneth Battley, the Chapter 7 Trustee, by and through his attorney William D. Artus, requests this Court, pursuant to 11 U.S.C. § 363(b)(1), to authorize the public auction sale of the following vehicles that are property of the estate:

        2002 Isuzu 24 ft. flatbed truck
        1984 C70 Chevrolet boom truck
        40 ft. reefer van
        2005 Freightliner 24 ft. reefer truck
        2000 Dodge Dakota

The Trustee is also requesting authorization to pay Grubstake Auction Co., Inc., the company that the trustee has hired as the auctioneer, a commission of fifteen percent (15%) of the gross selling price of the vehicles, $500 to advertise the auction sale of the vehicles in newspapers and over the internet, and $2,000 to detail and prepare the vehicles for sale, prepare sale catalogs, put

fuel in the vehicles, deodorize and remove the fish smell from some of the vehicles and stage the vehicles for sale.

The Trustee has determined that the only feasible way to sell the various items of property for the benefit of the creditors is through a public auction sale. The required declaration of Ronald Alleva, one of the owners of Grubstake Auction Co., Inc., has been filed with the court.

Accordingly, the Court is requested to grant this motion and authorize the Trustee to sell the five vehicles by public auction sale that will be conducted by Grubstake Auction Co., Inc. and pay the selling commission and selling expenses that are described above.

DATED at Anchorage, Alaska on April 16, 2018.

/s/ William D. Artus
William D. Artus
Attorney for Trustee

I certify that on April 16, 2018 a true and
correct copy of this Motion was served on:

U.S. Trustee
Kenneth Battley, Trustee
Erik LeRoy, attorney for debtor
Bruce Moore, attorney for Alaska Growth Capital

by electronic means through the ECF system as
indicated on the Notice of Electronic Filing.

/s/ William D. Artus
William D. Artus